_Jessica Z. Savran_